UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

In the Matter of:
Tim E. Malone } **Case No: 11-83682-JAC7**
 SSN: XXX-XX-1101 }
  DEBTOR(S). }
 }
 }

**ORDER GRANTING**

This matter came before the Court on Monday, December 01, 2014 09:00 AM, for a hearing on the following:
  1) RE: Doc #22; Debtor's Motion to Reopen Chapter 7 Case
  2) RE: Doc #23; Trustee's Motion to Reopen Chapter 7 Case
Proper notice of the hearing was given and appearances were made by the following:
  Erin L Peters, attorney for Tim E. Malone  (Debtor)
  Rebecca  Narmore, attorney for Tim E. Malone  (Debtor)
  Tazewell T Shepard (Trustee)

**It is therefore ORDERED ADJUDGED and DECREED that:**

The Debtor's Motion to Reopen Chapter 7 Case and the Trustee's Motion to Reopen Chapter 7 Case are hereby GRANTED.

Dated: 12/02/2014                     /s/ JACK CADDELL
                                      JACK CADDELL
                                      United States Bankruptcy Judge