# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

In the Matter of:                              }
                                               }
                                               }
Tim E. Malone                                  }    Case No. 11-83682-JAC
SSN: XXX-XX-1101                               }
                                               }    Chapter 7
                                               }
                                               }
                    Debtor(s)                  }
                                               }

### ORDER REOPENING CASE

This matter is before the Court on the motion for the above named debtor(s) to reopen this case to allow the debtor(s) to add an inadvertently omitted potential asset. For good cause shown, the Court finds that this case should be reopened and proceedings thereafter be rereferred.

It is ORDERED, ADJUDGED, and DECREED that the proceedings herein be and are hereby reopened and rereferred to the Honorable Jack Caddell, Bankruptcy Judge of this Court, to take such further proceedings as are required and permitted by the Bankruptcy Code.

It is further ORDERED that the fee for reopening this proceeding be and hereby is remitted to the Clerk of the U.S. Bankruptcy Court.

Dated: December 2, 2014

                                    /s/ Jack Caddell
                                    Jack Caddell
                                    U.S. Bankruptcy Judge

/stc
xc: Debtor(s)
Rebecca Narmore, Attorney for Debtor(s)
Listed Creditors
Tazewell T. Shepard, Trustee